DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone: (415) 398-3900

Attorneys for Defendant **John Ho**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>          Plaintiff, )<br>  )<br> v. )<br>  )<br> JOHN HO, )<br>  )<br>          Defendant. )<br>_____) | Case No. CR-00794-EMC<br><br>**STIPULATION CONTINUING CHANGE OF PLEA HEARING AND [PROPOSED] ORDER THEREON**<br><br>DATE: November 30, 2011<br>TIME: 2:30 p.m.<br>CTRM: 5 |

   **IT IS HEREBY STIPULATED** by and between the parties that Mr. Ho's change of plea hearing currently set for November 30, 2011 at 2:30 p.m. be continued to December 14, 2011 at 2:30 p.m.

   **IT IS SO STIPULATED.**

                                        MELINDA HAAG, ESQ.
                                        United States Attorney

Dated: November 29, 2011   By: /s/Derek R. Owens
                                        DEREK R. OWENS, ESQ.
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

1

1  Dated: November 29, 2011   By: /s/David J. Cohen
2                                  DAVID J. COHEN, ESQ.
                                   Attorneys for Defendant **John Ho**
3
4     **IT IS SO ORDERED.**
5
6  Dated:    November 29, 2011    _____
7                                 THE HONORABLE
                                  UNITED STATES                    JUDGE

*IT IS SO ORDERED*
*Judge Edward M. Chen*

28                                    2